Lester J. Alexander, Respondent, v. Simon Lesser, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Harold Levy, Respondent, v. Louis Funcke and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Maurice B. Gluck, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch and Proskauer, JJ.

Harry L. Singer v. Aquitania Realty Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before March 8, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Garford Motor Trust Co., Inc., v. Henry Spen.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before March 8, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Oscar Koenig v. Edward C. H. Vogler and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before March 20, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Samuel Friedman.— Motion granted; appellant's points to be filed on or before March 21, 1928, with notice of argument for April 5, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Brescia Construction Co., Inc., v. Survel Realty Corporation and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. August Bischoff.— Motion granted; case and appellant's points to be filed on or before March 21, 1928, with notice of argument for April 5, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Sidney Glassman.— Motion granted; appellant's points to be filed on or before March 21, 1928, with notice of argument for April 5, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Clarence W. Morganstern and Others.— Motion granted; time to serve and file case and appellants' points extended to April 16, 1928, with notice of argument for May 1, 1928. This is final. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Richard S. Otto, Plaintiff, v. Harris Kraham and Others, Defendants. Joseph Fijan and Another, Copartners, etc., Respondents. Becker Bros. & Company, Inc., Furs, Appellant, v. Bernard Reineman and Others, Defendants. Joseph Fijan and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.